IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:05-cr-28 |
| vs. | : | JUDGE WALTER H. RICE |
| JUSTIN HAMILTON, | : | |
| Defendant. | : | |

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; THE DEFENDANT IS CONTINUED ON SUPERVISED RELEASE UNTIL HIS TERMINATION DATE OF NOVEMBER 5, 2013, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On March 12, 2013, the Defendant, having previously been found in violation of his supervised release, a status that began May 11, 2009, appeared in open court for final disposition.

Based upon the record made in open court on the aforesaid March 12, 2013, this Court continued the Defendant on supervised release until his expiration therefrom on November 5, 2013, on the following conditions, to-wit:

That he spend the entirety of the remainder of his supervised release, from the time bed space is available at Talbert House in Cincinnati to his expiration on November 5, 2013 at that facility; that he is to have substance abuse counseling and mental health

1

counseling; and that he seek and maintain full employment. The Defendant was to remain in the Montgomery County jail until bed space was available. He was then to be released in the custody of a family member and taken to Cincinnati.

Following the above, the Defendant was orally explained his Right of Appeal, and he indicated an understanding of same.

The captioned cause is hereby terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

March 26, 2013

Copies to:

Counsel of record

2